UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT H STOVER, et al.,<br><br>  Defendants. | Case No.: 1:19-cv-00856-DAD-SAB<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO REFUND THE FILING FEE<br><br>(ECF No. 18) |

On June 14, 2019, Plaintiff Ahkeem Deshavier Williams filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On October 22, 2019, the action was dismissed, and judgment was entered. (ECF Nos. 9, 10.) On May 11, 2020, Plaintiff filed a motion requesting a refund of the filing fee that had been deducted from his prisoner trust account. Plaintiff's motion must be denied.

When Plaintiff filed this action on June 14, 2019, he also filed a request to proceed *in forma pauperis*. (ECF No. 2.) That request was granted on July 10, 2019, after Plaintiff filed a request that included his trust account statement and the Kings County Sheriff was directed to make deductions from his trust account pursuant to 28 U.S.C. § 1915(b)(2). (ECF No. 5.)

A filing fee is owened upon initiation of an action. While Plaintiff contends that since this action has been dismissed there is no point in taking money from his trust account, the obligation to pay the filing fee is not predicated upon the guarantee of some particular outcome and does not cease upon the termination of an action. Plaintiff filed this action thereby triggering the obligation to pay a filing fee.

1

As stated in the Court's June 24, 2019 order granting Plaintiff's application to proceed *in forma pauperis*, "Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  The Kings County Jail is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2)."  (ECF No. 5, at 1:20-25.)

   Accordingly, Plaintiff's request to refund the money taken from his trust account is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 12, 2020**

UNITED STATES MAGISTRATE JUDGE